UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BNY MELLON CAPITAL MARKETS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-11-2979 |
| | § | |
| BAKER HUGHES INCORPORATED, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON November 14, 2011 at 8:15 a.m.**

**Appearance for Plaintiff**                               **Appearance for Defendant**

Jas Brar                                                                Richard L. Lagarde

The following rulings were made:

Before the Court are the plaintiff's motion and amended motion to confirm arbitration award [Dkt. No. 7 and 11] and the defendants' motion to dismiss [Dkt. No. 4] for lack of jurisdiction. In response to the filings, the Court conducted a telephonic discussion concerning the history and implications of the motions. Afterward, the Court determined that the motion to dismiss should be denied and that the motion and amended motions should be granted.

It is so ORDERED.

SIGNED at Houston, Texas this 15th day of November, 2011.

_____
Kenneth M. Hoyt
United States District Judge